FILED
CLERK, U.S. DISTRICT COURT

DEC - 2 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 5:01 CR 00021 VAP-2 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | [Fed.R.Crim.P. 32.1(a)(6); |
| | ) | 18 U.S.C. 3143(a)] |
| Keey on Jacks Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _CDCA (Riverside)_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _PSR & full rpts_

   and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

   IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

   Dated: 12/2/14

   _____
   UNITES STATES MAGISTRATE JUDGE